UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CEOLA STEELE, | |
| Plaintiff, | Civil Action No. 99-1010 (SRC) |
| v. | **OPINION & ORDER** |
| PFIZER INC. et al., | |
| Defendants. | |

**CHESLER, U.S.D.J.**

This matter comes before this Court following the October 14, 2011 filing by Plaintiff. Plaintiff's Complaint in this matter was dismissed with prejudice by the Hon. Joseph A. Greenaway, Jr. on March 9, 1999. The docket shows numerous submissions of letters and other filings by Plaintiff since that date. None of these submissions appears to constitute a motion which might be properly considered by the Court under the Federal Rules of Civil Procedure, such as a motion for relief from judgment under Rule 60(b).

Given the current status of the case, the Court is satisfied that the Office of the Clerk of the Court for the United States District Court of the District of New Jersey should no longer be burdened by accepting, scanning, and filing submissions which have no legally cognizable purpose, and the Clerk shall accept no further filings from Plaintiff in this matter, which is closed.

If Plaintiff has any claim which she wishes to pursue, and which has any cognizable merit, she is directed to file a complaint in conformity with Federal Rule of Civil Procedure 8(a)(2), which requires "a short and plain statement of the claim showing that the pleader is entitled to relief."

**SO ORDERED.**

                                             s/ Stanley R. Chesler
                                   STANLEY R. CHESLER, U.S.D.J.

Dated: October 24, 2011